■ PLAYTIME BOUTIQUE, INC., Appellant, v PHYLLIS FRACCOLA, Respondent. (Action No. 1.) PLAYTIME BOUTIQUE, INC., Appellant, v PHYLLIS FRACOLLA, Individually and as Sole Shareholder of HYDRANIA, INC., Respondent. (Action No. 2.) [895 NYS2d 921]—Appeal from an order of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered February 5, 2009. The order denied plaintiff's motion to vacate a stipulation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Smith, J.P., Centra, Fahey and Pine, JJ.